2:25-mj-00587-DUTY-3

**FILED**
CLERK, U.S. DISTRICT COURT
2/08/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___asi___ DEPUTY

FINDING RE PROBABLE CAUSE

On February 8, 2025, at <u>12:54 pm</u> a/p.m., Agent Brian Joh of the Drug Enforcement Administration appeared before me telephonically regarding the probable cause arrest of defendant KERROLL DAVIS GOFF, occurring on February 6, 2025, in Los Angeles, California.

Having reviewed the Criminal Complaint and supporting affidavit filed concurrently herewith, the Court finds that there **exists/does not exist** probable cause to arrest the defendant for a violation of Title 21, United States Code, Section 841(a)(1).

/ X  / It is ordered that defendant KERROL DAVIS GOFF be held to answer for proceedings under Federal Rule of Criminal Procedure 5 / 40 on <u>February 10, 2025 at 2</u>:00 p.m.

/___/ It is ordered that defendant KERROL DAVIS GOFF be discharged from custody on this charge forthwith.

DATED: <u>  2/8/25  </u>, at <u>12:54 pm</u> a.m./p.m.

_Alicia G. Rosenberg_
HON. ALICIA G. ROSENBURG
UNITED STATES MAGISTRATE JUDGE